UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DUWAYNE BURTON,

                              Petitioner,               18-CV-9002 (JPO)(SN)

        -against-                                     **ORDER**

DONALD UHLER,

                              Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On May 28, 2019, the Court entered an order directing Petitioner to file a reply by June 27, 2019. ECF No. 23. Petitioner did not file a reply and the Court deemed his *habeas* petition fully briefed. On November 22, 2019, Petitioner filed a letter requesting additional time to file a reply. ECF No. 23. Petitioner's motion is GRANTED. Petitioner shall file his reply brief no later than December 27, 2019.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 26, 2019
                 New York, New York

cc:        Duwayne Burton (*by Chambers*)
           15-A-4434
           Clinton Correctional Facility
           P.O. Box 2001
           Dannemora, NY 12929
           PRO SE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019