UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DUWAYNE BURTON,

                              Petitioner,                        18-CV-09002 (JPO)(SN)

        -against-                                       **ORDER**

DONALD UHLER,

                              Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On August 25, 2020, Petitioner filed a motion for Stay and Abeyance at ECF No. 30. Respondent has yet to respond to the motion. Accordingly, the Court directs the Respondent to respond to the Petitioner's motion and file a response no later than December 7, 2020, informing the Court on its position as to Petitioner's requested stay.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               November 30, 2020